# U.S. District Court
## District of South Dakota (Southern Division)
## CRIMINAL DOCKET FOR CASE #: 4:17−cr−40088−KES−1

Case title: USA v. Bruguier

Date Filed: 10/11/2017
Date Terminated: 02/15/2019

---

Assigned to: U.S. District Judge
Karen E. Schreier
Referred to: US Magistrate Judge
Veronica L. Duffy

**Defendant (1)**

| | | |
|---|---|---|
| **Quentin Peter Bruguier, Jr.**<br>*TERMINATED: 02/15/2019*<br>*also known as*<br>"JB"<br>*TERMINATED: 02/15/2019* | represented by | **Melissa A. Fiksdal**<br>Jeff Larson Law, LLP<br>400 N Main Avenue, Suite 207<br>Sioux Falls, SD 57104<br>(605) 275−4529<br>Fax: (605) 271−4101<br>Email: melissa@jefflarsonlaw.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**Douglas W. Thesenvitz**<br>Thompson Law, PC<br>5027 South Western Avenue<br>Sioux Falls, SD 57108<br>(605) 362−9100<br>Fax: (605) 362−9101<br>Email: doug@cathompsonlaw.com<br>*TERMINATED: 04/23/2018*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §§ 1153, 2242(1) and 2246(2); SEXUAL ABUSE (1ss−4ss) | life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. |
| 18 U.S.C.§§ 1153, 2241(c), and 2246(2); AGGRAVATED | life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each |

| | |
|---|---|
| SEXUAL ABUSE OF A CHILD<br>(5ss) | count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. |
| 18 U.S.C. §§ 1153, 2241(c), and 2245(2); AGGRAVATED SEXUAL ABUSE OF A CHILD<br>(6ss−8ss) | life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. |
| 18 U.S.C. §§ 1153, 2244(a)(1), and 2245(3); ABUSIVE SEXUAL CONTACT<br>(9ss−11ss) | life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. |
| 18 U.S.C.§§ 1153, 2241(c), and 2246(2); AGGRAVATED SEXUAL ABUSE OF A CHILD<br>(12ss−15ss) | life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(D) SEXUAL ABUSE<br>(1) | Superseded |
| 18 U.S.C. §§ 1153, 2242(1) and 2246(2)(D) SEXUAL ABUSE<br>(1s) | Superseded |
| 18 U.S.C. §§ 1153, 2242(1), and 2246(2)(A) SEXUAL ABUSE<br>(2−4) | Superseded |

| | |
|---|---|
| 18 U.S.C. §§ 1153, 2242(1) and 2246(2)(A) SEXUAL ABUSE (2s–4s) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(A) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (5) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (5s) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c), and 2245(2)(A),(B), and (C) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (6–10) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2245(2)(A), (B) AND (C) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (6s–10s) | Superseded |
| 18 U.S.C. §§ 1153, 2244(a)(1), and 2245(3) ABUSIVE SEXUAL CONTACT (11–14) | Superseded |
| 18 U.S.C. §§ 1153, 2244(a)(1) and 2245(3) ABUSIVE SEXUAL CONTACT (11s–14s) | Superseded |
| 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(C) and (D) AGGRAVATED SEXUAL ABUSE OF A CHILD UNDER TWELVE YEARS (15s–18s) | Superseded |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                                    represented by   **Jeremy R. Jehangiri**
                                                          U.S. Attorney's Office (Sioux Falls, SD)
                                                          PO Box 2638
                                                          Sioux Falls, SD 57101−2638
                                                          (605) 330−4400
                                                          Fax: (605) 330−4410
                                                          Email: jeremy.jehangiri@usdoj.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/11/2017 | | | **NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. Therefore, it is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government. (JLS) (Entered: 10/11/2017)** |
| 10/11/2017 | 1 | | **SEALED INDICTMENT as to Quentin Peter Bruguier, Jr (1) count(s) 1, 2−4, 5, 6−10, 11−14. (JLS) (Entered: 10/11/2017)** |
| 10/11/2017 | 2 | | REDACTED INDICTMENT as to Quentin Peter Bruguier, Jr. Name of jury foreperson redacted. Personal data identifiers redacted.(JLS) (Entered: 10/11/2017) |
| 10/11/2017 | 3 | | Defendant's Copy of Indictment as to Quentin Peter Bruguier, Jr. Includes names of minor victims. Excludes name of jury foreperson. (JLS) (Entered: 10/11/2017) |
| 10/11/2017 | 5 | | Warrant Issued as ordered by US Magistrate Judge Veronica L. Duffy as to Quentin Peter Bruguier, Jr. Original warrant and copy of 3 delivered via hand−delivery to USMS. (JLS) (Entered: 10/11/2017) |
| 10/19/2017 | | | Case unsealed as to Quentin Peter Bruguier, Jr. (SLW) (Entered: 10/19/2017) |
| 10/19/2017 | | | Arrest of Quentin Peter Bruguier, Jr. (SLW) (Entered: 10/19/2017) |
| 10/19/2017 | | | Attorney update in case as to Quentin Peter Bruguier, Jr. Attorney Douglas W. Thesenvitz for Quentin Peter Bruguier, Jr added. (CG) (Entered: 10/19/2017) |
| 10/19/2017 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance set for 10/19/2017 at 3:00 PM in Sioux Falls Courtroom 3 − Room 117* before US Magistrate Judge Veronica L. Duffy.(CG) (Entered: 10/19/2017) |
| 10/19/2017 | 8 | | Final BAIL Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Theisen, Eric) (Entered: 10/19/2017) |
| 10/19/2017 | 9 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 10/19/2017, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1,2−4,5,6−10,11−14 |

| | | | |
|---|---|---|---|
| | | | held on 10/19/2017 Plea Entered: NOT GUITY, Detention Hearing as to Quentin Peter Bruguier, Jr held on 10/19/2017. (Court Reporter FTR #3) (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 10 | | CJA 23 Financial Affidavit signed by Quentin Peter Bruguier, Jr. (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 11 | | ORAL ORDER APPOINTING CJA Attorney Douglas W. Thesenvitz as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/19/2017. (JLS) (Entered: 10/19/2017) |
| 10/19/2017 | 12 | | ORDER OF DETENTION as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/19/2017. (JLS) (Entered: 10/19/2017) |
| 10/20/2017 | 13 | | SCHEDULING AND CASE MANAGEMENT ORDER as to Quentin Peter Bruguier, Jr.: Suppression Voluntariness Motion due by 11/7/2017. Motions due by 12/12/2017. Plea Agreement due by 12/12/2017. Jury Trial set for 12/26/2017 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 10/20/17. (DJP) (Entered: 10/20/2017) |
| 10/20/2017 | 14 | | Warrant Returned Executed on 10/19/17 in case as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 10/21/2017) |
| 10/27/2017 | 15 | | First MOTION to Modify Conditions of Release by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Pretrial Services Report) (Thesenvitz, Douglas) Modified on 10/30/2017 to restrict access to attachment (KLK). (Entered: 10/27/2017) |
| 10/27/2017 | 21 | | First Addendum re 8 Final Bail Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Dumdei, Sheila) (Entered: 11/20/2017) |
| 10/30/2017 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Bond/Detention Hearing set for 10/31/2017 at 2:30 PM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 10/30/2017) |
| 10/31/2017 | 16 | | MOTION for Discovery *Stipulation* by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 10/31/2017) |
| 10/31/2017 | 17 | | TEXT ORDER granting 16 Motion regarding handling and disposition of discovery materials as to Quentin Peter Bruguier Jr. and entering order as proposed by counsel. Signed by US Magistrate Judge Veronica L. Duffy on 10/31/2017. (CG) (Entered: 10/31/2017) |
| 10/31/2017 | 18 | | TEXT ORDER granting 15 Motion for Pretrial Release as to Quentin Peter Bruguier Jr. (1). Signed by US Magistrate Judge Veronica L. Duffy on 10/31/2017. (CG) (Entered: 10/31/2017) |
| 10/31/2017 | 19 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Bond Hearing as to Quentin Peter Bruguier, Jr held on 10/31/2017. (Court Reporter FTR #3) (JLS) (Entered: 10/31/2017) |
| 10/31/2017 | 20 | | |

| | | | |
|---|---|---|---|
| | | | ORDER Setting Conditions of Release as to Quentin Peter Bruguier, Jr. Signed by US Magistrate Judge Veronica L. Duffy on 10/31/2017. (JLS) (Entered: 10/31/2017) |
| 12/05/2017 | 22 | | First MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 12/05/2017) |
| 12/06/2017 | 23 | | Informed CONSENT and WAIVER of Speedy Trial signed by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) Modified on 12/6/2017 to add text(KLK). (Entered: 12/06/2017) |
| 12/06/2017 | 24 | | ORDER granting 22 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 2/6/2018. Motions due by 3/13/2018. Plea Agreement due by 3/13/2018. Jury Trial set for 3/27/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 12/6/17. (DJP) (Entered: 12/06/2017) |
| 02/28/2018 | 25 | | (FILED IN ERROR) Second MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Affidavit of Doug Thesenvitz) (Thesenvitz, Douglas) Modified on 3/1/2018 to terminate motion and to add text (KLK). (Entered: 02/28/2018) |
| 03/01/2018 | 26 | | Second MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/01/2018 | 27 | | AFFIDAVIT in Support by Quentin Peter Bruguier, Jr re 26 Second MOTION for Continuance pursuant to 18:3161 (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/01/2018 | 28 | | ORDER granting 26 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 4/17/2018. Motions due by 5/22/2018. Plea Agreement due by 5/22/2018. Jury Trial set for 6/5/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 3/1/18. (DJP) (Entered: 03/01/2018) |
| 03/01/2018 | | | NOTICE of Filing Error: 25 Motion for Continuance pursuant to 18:3161, was filed in error and should be disregarded. (Thesenvitz, Douglas) (Entered: 03/01/2018) |
| 03/05/2018 | 29 | | Informed CONSENT to Continuance signed by Quentin Peter Bruguier, Jr. (Thesenvitz, Douglas) (Entered: 03/05/2018) |
| 04/20/2018 | 30 | | First MOTION to Withdraw as Attorney re Doug Thesenvitz by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Attorney Statement) (Thesenvitz, Douglas) (Entered: 04/20/2018) |
| 04/23/2018 | 31 | | ORDER granting 30 Motion to Withdraw as Attorney. Added attorney Melissa A. Fiksdal for Quentin Peter Bruguier, Jr. Attorney Douglas W. Thesenvitz terminated in case as to Quentin Peter Bruguier Jr. (1). Signed by US Magistrate Judge Veronica L. Duffy on 4/23/2018. (CG) (Entered: 04/23/2018) |
| 04/30/2018 | 32 | | REQUEST for 404(b) by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 04/30/2018) |

| 04/30/2018 | 33 | | REQUEST for Notice Pursuant to Fed. R. Evid 609(b) by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 04/30/2018) |
|---|---|---|---|
| 05/15/2018 | 34 | | Third MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Attachments: # 1 Attachment Consent to Continuance) (Fiksdal, Melissa) (Entered: 05/15/2018) |
| 05/16/2018 | 35 | | ORDER granting 34 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1) Suppression Voluntariness Motion due by 7/17/2018. Motions due by 8/21/2018. Plea Agreement due by 8/21/2018. Jury Trial set for 9/4/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 5/16/18. (SLW) (Entered: 05/16/2018) |
| 05/18/2018 | 36 | | MOTION for Discovery *Stipulation* by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 05/18/2018) |
| 05/18/2018 | 37 | | TEXT ORDER granting 36 Motion regarding handling and disposition of discovery materials as to Quentin Peter Bruguier Jr. and entering order as proposed by counsel. Signed by US Magistrate Judge Veronica L. Duffy on 5/18/2018. (CG) (Entered: 05/18/2018) |
| 07/20/2018 | 39 | | SEALED MOTION to seal Government's Response to Defendant's Request for Records by USA as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 07/20/2018) |
| 07/20/2018 | 40 | | SEALED ORDER granting 39 SEALED MOTION to seal document filed by USA. Signed by U.S. District Judge Karen E. Schreier on 7/20/18. (DJP) (Entered: 07/20/2018) |
| 07/20/2018 | 41 | | SEALED Document (Government's Response) to 38 First MOTION to Produce *Records for In−Camera Review* as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 07/20/2018) |
| 07/25/2018 | | | NOTICE of Filing Error: 38 Motion to Produce was filed in error and should be disregarded. (Fiksdal, Melissa) (Entered: 07/25/2018) |
| 08/07/2018 | 42 | | **SEALED SUPERSEDING INDICTMENT as to Quentin Peter Bruguier, Jr (1) count(s) 1s, 2s−4s, 5s, 6s−10s, 11s−14s, 15s−18s. (DJP) (Entered: 08/07/2018)** |
| 08/07/2018 | 43 | | REDACTED Indictment as to Quentin Peter Bruguier, Jr. Name of jury foreperson redacted. Personal data identifiers redacted.(DJP) (Entered: 08/07/2018) |
| 08/07/2018 | 44 | | Defendant's Copy of Superseding Indictment as to Quentin Peter Bruguier, Jr. Includes names of minor victims. Excludes name of jury foreperson. (DJP) (Entered: 08/07/2018) |
| 08/13/2018 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance on Superseding Indictment set for 8/21/2018 at 9:00 AM in Sioux Falls Courtroom 3 − Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 08/13/2018) |
| 08/16/2018 | 47 | | First Addendum re 8 Final Bail Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of |

| | | | |
|---|---|---|---|
| | | | record for the defendant and government counsel. (Dumdei, Sheila) (Entered: 08/16/2018) |
| 08/20/2018 | 48 | | Fourth MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 08/20/2018) |
| 08/20/2018 | 49 | | ORDER granting 48 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1): Suppression Voluntariness Motion due by 9/18/2018. Motions due by 10/23/2018. Plea Agreement due by 10/23/2018. Jury Trial set for 11/6/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 8/20/2018. (DJP) (Entered: 08/20/2018) |
| 08/21/2018 | | | Arrest of Quentin Peter Bruguier, Jr. (SLW) (Entered: 08/21/2018) |
| 08/21/2018 | 50 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 8/21/2018, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1s,2s−4s,5s,6s−10s,11s−14s,15s−18s held on 8/21/2018 Plea Entered: not guilty, Detention Hearing as to Quentin Peter Bruguier, Jr held on 8/21/2018. (Court Reporter: FTR) (SLW) (Entered: 08/21/2018) |
| 08/21/2018 | 51 | | Warrant Returned Executed on 8/21/18 in case as to Quentin Peter Bruguier, Jr. (JLS) (Entered: 08/21/2018) |
| 08/22/2018 | 52 | | CONSENT to Continuance signed by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 08/22/2018) |
| 10/04/2018 | 70 | | Certificate of Service by Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 10/04/2018) |
| 10/23/2018 | 74 | | Fifth MOTION for Continuance pursuant to 18:3161 by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 10/23/2018) |
| 10/23/2018 | 75 | | CONSENT to Continuance signed by Quentin Peter Bruguier, Jr . (Fiksdal, Melissa) (Entered: 10/23/2018) |
| 10/23/2018 | 77 | | ORDER denying 74 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 10/23/18. (DJP) (Entered: 10/23/2018) |
| 10/23/2018 | 78 | | NOTICE *to Offer Evidence Pursuant to Federal Rule of Evidence 413* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 10/23/2018) |
| 10/24/2018 | 79 | | MOTION to Seal Document. (Attachments: # 1 Proposed Order, # 2 Proposed Sealed Notice) (SLW) (Entered: 10/24/2018) |
| 10/25/2018 | 82 | | NOTICE *For Hearing Regarding Pretrial Production of Evidence* by Quentin Peter Bruguier, Jr (Attachments: # 1 Attachment)(Fiksdal, Melissa) Modified to seal per chambers on 10/25/2018 (SLW). (Entered: 10/25/2018) |
| 10/25/2018 | 83 | | NOTICE *For Hearing Regarding Pretrial Production of Evidence* by Quentin Peter Bruguier, Jr (Attachments: # 1 Attachment)(Fiksdal, Melissa) Modified to seal per chambers on 10/25/2018 (SLW). (Entered: 10/25/2018) |
| 10/25/2018 | 84 | | ORDER granting 79 Motion to Seal Document as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 10/25/2018. (KLE) |

| | | | (Entered: 10/25/2018) |
|---|---|---|---|
| 10/25/2018 | 85 | | SEALED Notice as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 10/25/2018) |
| 10/25/2018 | 86 | | First MOTION for Reconsideration *of Request for Continuance (5) and New Scheduling and Case Management Order* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 10/25/2018) |
| 10/25/2018 | 87 | | SCHEDULING ORDER as to Quentin Peter Bruguier, Jr. Motion Hearing set for 10/26/2018 at 02:00 PM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 10/25/2018. (KLE) (Entered: 10/25/2018) |
| 10/26/2018 | 91 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Motion Hearing as to Quentin Peter Bruguier, Jr held on 10/26/2018 re 86 First MOTION for Reconsideration *of Request for Continuance (5) and New Scheduling and Case Management Order* filed by Quentin Peter Bruguier, Jr.. (Court Reporter: FTR) (SLW) (Entered: 10/26/2018) |
| 10/26/2018 | 94 | | ORDER granting 86 Motion for Continuance pursuant to 18:3161 as to Quentin Peter Bruguier Jr. (1) Motions due by 10/30/2018. Plea Agreement due by 10/30/2018. Jury Trial set for 11/13/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier. Signed by U.S. District Judge Karen E. Schreier on 10/26/18. (SLW) (Entered: 10/26/2018) |
| 10/26/2018 | 95 | | TEXT SCHEDULING ORDER as to Quentin Peter Bruguier, Jr Pretrial Conference set for 11/9/2018 at 09:00 AM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 10/26/2018. (AH) (Entered: 10/26/2018) |
| 10/30/2018 | 96 | | REQUEST for Subpoena by Quentin Peter Bruguier, Jr . (Attachments: # 1 Attachment Subpoena, # 2 Attachment Subpoena, # 3 Attachment Subpoena) (Fiksdal, Melissa) (Entered: 10/30/2018) |
| 10/31/2018 | 99 | | ORDER ISSUING SUBPOENAS in re 96 Request filed by Quentin Peter Bruguier, Jr. Signed by U.S. District Judge Karen E. Schreier on 10/31/2018. (KLE) (Entered: 10/31/2018) |
| 10/31/2018 | 100 | | Subpoena Issued for Helen Fisher, Jennifer Zephier and Sophia James. Original subpoena and copy/copies of 99 delivered to USMS via e−mail to Sioux Falls USMS Office. (KLE) (Entered: 10/31/2018) |
| 11/06/2018 | 104 | | NOTICE *Pursuant to Federal Rule of Evidence 609* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 105 | | MOTION IN LIMINE: Part 1: RE Victim Terminology; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 106 | | MEMORANDUM in Support by Quentin Peter Bruguier, Jr re 105 MOTION IN LIMINE: Part 1: RE Victim Terminology; . (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 107 | | NOTICE *Pursuant to Fed Rule 807* by Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 108 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Exclude *Certain Evidence* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 109 | | MOTION IN LIMINE: Part 1: Re Jurisdiction of Alleged Acts; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 110 | | MOTION Sequester Government Witnesses by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 111 | | MOTION Jury Questionnaires by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 112 | | MOTION IN LIMINE: Part 1: Exclude Evidence Under Fed Rule of Evidence 413; by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 113 | | Proposed Jury Instructions (Redacted) as to Quentin Peter Bruguier, Jr (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 114 | | **SECOND SUPERSEDING INDICTMENT (personal identifiers redacted) as to Quentin Peter Bruguier, Jr (1) count(s) 1ss–4ss, 5ss, 6ss–8ss, 9ss–11ss, 12ss–15ss. (Attachments: # 1 Sealed Charging Document)** <br><br> **NOTICE REGARDING COOPERATOR INFORMATION: All plea agreements and sentencing memoranda contain a sealed supplement which includes either a statement there was cooperation or a statement there was no cooperation. It is not possible to determine from examination of docket entries whether a defendant did or did not cooperate with the government.(KLE) (Entered: 11/06/2018)** |
| 11/06/2018 | | | Set Hearing as to Quentin Peter Bruguier, Jr: Initial Appearance on Second Superseding Indictment set for 11/8/2018 at 1:30 PM in Sioux Falls Courtroom 3 – Room 117* before US Magistrate Judge Veronica L. Duffy. (CG) (Entered: 11/06/2018) |
| 11/06/2018 | 115 | | Proposed Jury Instructions as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 116 | | MOTION IN LIMINE: Part 1: Reference to Penalty or Punishment; Part 2: Opinions on Guilt or Innocence; Part 3: Hearsay Statements of a Defendant Offered by a Defendant; Part 4: Request for Special Agent at Counsel Table; Part 5: Request for Victims to Sit in Courtroom during Trial; Part 6: Sequestration of Witnesses; Part 7: Reciprocal Discovery; Part 8: Motion to Preclude Reference to Matters Required to be Raised by Pretrial Motion (Fed. R. Crim. P. 12(b)(3)) Part 9: Motion to Preclude Reference to United States Charging Decisions; Part 10: Reference to or Use of Any Victims Mental Health or Medical Treatment; Part 11: Exclusion of Any Evidence Regarding Previous Sexual Acts or Partners; Part 12: Exclusion of Any Evidence Regarding Prior Criminal Conduct; by USA as to Quentin Peter Bruguier, Jr. (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 117 | | Second MOTION for Reconsideration *Request for Continuance (5) and New Scheduling and Case Management Order* by Quentin Peter Bruguier, Jr. (Fiksdal, Melissa) (Entered: 11/06/2018) |
| 11/06/2018 | 118 | | RESPONSE to Motion by USA as to Quentin Peter Bruguier, Jr re 117 Second MOTION for Reconsideration *Request for Continuance (5) and New* |

| | | | |
|---|---|---|---|
| | | | *Scheduling and Case Management Order* . (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/06/2018 | 119 | | NOTICE *Pursuant to Federal Rule of Evidence 404(b)* by USA as to Quentin Peter Bruguier, Jr (Jehangiri, Jeremy) (Entered: 11/06/2018) |
| 11/07/2018 | 120 | | ORDER denying 117 Second Motion for Reconsideration Continuance as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/07/2018. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 121 | | SEALED MOTION by USA as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 122 | | ORDER granting 121 Sealed Motion as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/07/2018. (KLE) (Entered: 11/07/2018) |
| 11/07/2018 | 123 | | SEALED Supplement re 78 NOTICE to Offer Evidence Pursuant to Federal Rule of Evidence 413 as to Quentin Peter Bruguier, Jr. (KLE) Modified text and linkage on 11/7/2018 (SST). (Entered: 11/07/2018) |
| 11/08/2018 | 124 | | Minute Entry for proceedings held before US Magistrate Judge Veronica L. Duffy: Initial Appearance as to Quentin Peter Bruguier, Jr held on 11/8/2018, Arraignment as to Quentin Peter Bruguier Jr. (1) Count 1ss−4ss,5ss,6ss−8ss,9ss−11ss,12ss−15ss held on 11/8/2018 Plea Entered: not guilty. (Court Reporter: FTR Ct #3) (CG) (Entered: 11/08/2018) |
| 11/08/2018 | 126 | | Subpoena for Sophia James, Helen Fisher & Jennifer Zephier Returned Executed on 11/06/2018. (KLE) (Entered: 11/08/2018) |
| 11/09/2018 | 127 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Pretrial Conference as to Quentin Peter Bruguier, Jr held on 11/9/2018. (Court Reporter: Jill Connelly) (JLS) (Entered: 11/09/2018) |
| 11/13/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial Began began on 11/13/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/14/2018) |
| 11/13/2018 | 129 | | Jury List as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/13/2018 | 130 | | Preliminary Jury Instructions to the Jury as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 131 | | ORAL MOTION for Subpoena for Amanda Libel by Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 132 | | ORAL ORDER granting 131 Motion for Subpoena for Amanda Libel as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/14/18. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 133 | | Subpoena Issued for Amanda Libel. Original subpoena and copy/copies of 132 delivered to USMS via e−mail to Sioux Falls USMS Office. (DJP) (Entered: 11/14/2018) |
| 11/14/2018 | 134 | | ORAL MOTION for material witness warrant for Michelle Lareen Denney by USA as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/15/2018) |

| 11/14/2018 | 135 | | ORAL ORDER granting 134 ORAL MOTION for material witness warrant re: Michelle Lareen Denney as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/14/18. (DJP) (Entered: 11/15/2018) |
|---|---|---|---|
| 11/14/2018 | 136 | | Material Witness Warrant Issued for Michelle Lareen Denney. Original warrant handed to agent. (DJP) (Entered: 11/15/2018) |
| 11/14/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial continued on 11/14/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 137 | | ORAL MOTION for issuance of material witness warrant as to A.M.H. by Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 138 | | ORAL ORDER granting 137 ORAL MOTION for issuance of material witness warrant as to A.M.H. as to Quentin Peter Bruguier Jr. (1). Signed by U.S. District Judge Karen E. Schreier on 11/15/18. (DJP) (Entered: 11/15/2018) |
| 11/15/2018 | 141 | | Subpoena for Amanda Libel Returned Executed on 11/14/2018. (KLE) (Entered: 11/15/2018) |
| 11/15/2018 | | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial continued on 11/15/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 142 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Jury Trial Completed on 11/16/2018 as to Quentin Peter Bruguier, Jr. (Court Reporter: Jill Connelly) (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 143 | | Final Instructions to the Jury as to Quentin Peter Bruguier, Jr. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 144 | | SEALED Jury Note: Jury has reached a verdict. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 145 | | VERDICT as to Quentin Peter Bruguier Jr. (1) Guilty on Count 1ss−4ss,5ss,6ss−8ss,9ss−11ss,12ss−15ss. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 146 | | REDACTED VERDICT. Name of jury foreperson redacted. (DJP) (Entered: 11/16/2018) |
| 11/16/2018 | 147 | | EXHIBIT LIST by USA, Quentin Peter Bruguier, Jr as to Quentin Peter Bruguier, Jr re 142 Jury Trial – Completed. (DJP) (Entered: 11/16/2018) |
| 11/19/2018 | 148 | | SENTENCING SCHEDULING ORDER as to Quentin Peter Bruguier, Jr. Sentencing set for 2/11/2019 at 02:30 PM in Sioux Falls Courtroom 2* before U.S. District Judge Karen E. Schreier.. Signed by U.S. District Judge Karen E. Schreier on 11/19/2018. (KLE) (Entered: 11/19/2018) |
| 11/28/2018 | 149 | | Material Arrest Warrant Returned Executed for Anna Medicine Horn on 11/15/2018 in case as to Quentin Peter Bruguier, Jr. (KLE) (Entered: 11/28/2018) |
| 01/09/2019 | 150 | | DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. Objections to draft PSR due |

| | | | by 1/23/2019. (Hubers, Brent) (Entered: 01/09/2019) |
|---|---|---|---|
| 01/18/2019 | 151 | | SEALED OBJECTIONS by USA re 150 DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Jehangiri, Jeremy) (Entered: 01/18/2019) |
| 01/22/2019 | 152 | | SEALED OBJECTIONS by Defendant re 150 DRAFT Presentence Report as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Fiksdal, Melissa) (Entered: 01/22/2019) |
| 02/04/2019 | 153 | | FINAL PRESENTENCE REPORT as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | 154 | | ADDENDUM to 153 FINAL Presentence Report as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | 155 | | Recommended Special Conditions as to Quentin Peter Bruguier, Jr. (Hubers, Brent) (Entered: 02/04/2019) |
| 02/04/2019 | 156 | | SEALED LETTERS of Support as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve exact copies of these documents and a copy of the NEF receipt screen on the appropriate case participants. (Fiksdal, Melissa) (Entered: 02/04/2019) |
| 02/11/2019 | 157 | | SEALED Victim Impact Statement as to Quentin Peter Bruguier, Jr. The filing attorney MUST manually serve an exact copy of this document and a copy of the NEF receipt screen on the appropriate case participants. (Jehangiri, Jeremy) (Entered: 02/11/2019) |
| 02/11/2019 | 158 | | Minute Entry for proceedings held before U.S. District Judge Karen E. Schreier: Sentencing held on 2/11/2019 for Quentin Peter Bruguier, Jr. (1), Counts 1ss−4ss, 5ss, 6ss−8ss, 9ss−11ss, 12ss−15ss life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived. (Court Reporter: Jill Connelly) (JLS) (Entered: 02/11/2019) |
| 02/12/2019 | 159 | | AMENDED BY ORDER OF THE COURT FINAL PRESENTENCE REPORT as to Quentin Peter Bruguier, Jr. In a multi−defendant case, access to this document is restricted to counsel of record for the defendant and government counsel. (Hubers, Brent) (Entered: 02/12/2019) |
| 02/15/2019 | 160 | 15 | JUDGMENT AND COMMITMENT as to Quentin Peter Bruguier, Jr. (1), Count(s) 1, 11−14, 11s−14s, 15s−18s, 1s, 2−4, 2s−4s, 5, 5s, 6−10, 6s−10s, Superseded; Count(s) 12ss−15ss, 1ss−4ss, 5ss, 6ss−8ss, 9ss−11ss, life imprisonment on each count in counts 1ss−8ss and 12ss−15ss, 120 months |

| | | | imprisonment on each count in counts 9ss−11ss, all terms of imprisonment to run concurrently; 10 years supervised release on each count in counts 1ss−8ss and 12ss−15ss, 3 years supervised release on each count for counts 9ss−11ss all terms of release to run concurrently; $100 special assessment for each count for a total of $1,500; fine is waived; $5,000 JVTA fine is waived.. Signed by U.S. District Judge Karen E. Schreier on 02/15/2019. (KLE) (Entered: 02/15/2019) |
|------------|-----|----|------------------------------------------------------------------------------|
| 02/15/2019 | 161 | | STATEMENT OF REASONS as to Quentin Peter Bruguier, Jr. Signed by U.S. District Judge Karen E. Schreier on 02/15/2019. (KLE) (Entered: 02/15/2019) |
| 02/21/2019 | 162 | 23 | NOTICE OF APPEAL by Quentin Peter Bruguier, Jr re 160 Judgment and Commitment,,. (Includes a request to waive the appellate filing fee.) (Fiksdal, Melissa) (Entered: 02/21/2019) |
| 02/22/2019 | 163 | 25 | TRANSMITTAL of Notice of Appeal to 8th Circuit Court of Appeals re 162 Notice of Appeal – Final Judgment as to Quentin Peter Bruguier, Jr. (SST) (Entered: 02/22/2019) |

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

### District Of South Dakota, Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) |
| | ) |
| Quentin Peter Bruguier, Jr., | ) Case Number:    4:17CR40088–1 |
| a/k/a "JB" | ) |
| | ) USM Number:    07587-073 |
| | ) |
| | ) Melissa A. Fiksdal |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)
   which was accepted by the Court.

■ was found guilty on count(s)    1-15 of the Second Superseding Indictment    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 2242(1), 2246(2), and 1153 | Sexual Abuse | 12/31/2016 | 1ss |
| 18 U.S.C. §§ 2242(1), 2246(2), and 1153 | Sexual Abuse | 11/12/2016 | 2ss |
| 18 U.S.C. §§ 2242(1), 2246(2), and 1153 | Sexual Abuse | 11/12/2015 | 3ss |
| 18 U.S.C. §§ 2242(1), 2246(2), and 1153 | Sexual Abuse | 11/12/2014 | 4ss |
| 18 U.S.C. §§ 2241(c), 2246(2), and 1153 | Aggravated Sexual Abuse of a Child | 11/12/2013 | 5ss |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                                                    ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

02/11/2019
Date of Imposition of Judgment

*Karen E. Schreier*
Signature of Judge

Karen E. Schreier, United States District Judge
Name and Title of Judge

*February 15, 2019*
Date

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
           Sheet 1A

DEFENDANT:        Quentin Peter Bruguier
CASE NUMBER:      4:17CR40088-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 2241(c), 2245(2), and 1153 | Aggravated Sexual Abuse of a Child | 02/27/1995 | 6ss |
| 18 U.S.C. §§ 2241(c), 2245(2), and 1153 | Aggravated Sexual Abuse of a Child | 02/27/1994 | 7ss |
| 18 U.S.C. §§ 2241(c), 2245(2), and 1153 | Aggravated Sexual Abuse of a Child | 02/27/1993 | 8ss |
| 18 U.S.C. §§ 2244(a)(1), 2245(3), and 1153 | Abusive Sexual Contact | 06/03/1995 | 9ss |
| 18 U.S.C. §§ 2244(a)(1), 2245(3), and 1153 | Abusive Sexual Contact | 06/03/1994 | 10ss |
| 18 U.S.C. §§ 2244(a)(1), 2245(3), and 1153 | Abusive Sexual Contact | 06/03/1993 | 11ss |
| 18 U.S.C. §§ 2241(c), 2246(2), and 1153 | Aggravated Sexual Abuse of a Child | 08/08/2017 | 12ss |
| 18 U.S.C. §§ 2241(c), 2246(2), and 1153 | Aggravated Sexual Abuse of a Child | 08/08/2016 | 13ss |
| 18 U.S.C. §§ 2241(c), 2246(2), and 1153 | Aggravated Sexual Abuse of a Child | 08/08/2015 | 14ss |
| 18 U.S.C. §§ 2241(c), 2246(2), and 1153 | Aggravated Sexual Abuse of a Child | 08/08/2014 | 15ss |

AO 245B    (Rev. 11/16) Judgment in Criminal Case
        Sheet 2 — Imprisonment

DEFENDANT:         Quentin Peter Bruguier
CASE NUMBER:       4:17CR40088-1

# IMPRISONMENT

■    The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a
    total term of:    life on each count in Counts 1-8 and 12-15.  In regard to Counts 9-11, the defendant shall be imprisoned for a
        period of 120 months on each count.  All terms of imprisonment shall run concurrently.

☐    The Court makes the following recommendations to the Bureau of Prisons:

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m. ☐ p.m. on _____.

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____.

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ ,with a certified copy of this Judgment.

                         _____
                                UNITED STATES MARSHAL

          By  _____
                              DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 11/16) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:          Quentin Peter Bruguier
CASE NUMBER:        4:17CR40088-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:     10 years on each count in Counts 1-8 and 12-15. Regarding Counts 9-11, you will be on supervised release for a term of 3 years on each count.  All terms of supervised release shall run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state, local, or tribal crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ■ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.  *(Check, if applicable.)*

4. ■ You must cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

5. ■ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.  *(Check, if applicable.)*

6. ☐ You must participate in an approved program for domestic violence.  *(Check, if applicable.)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B   (Rev. 11/16) Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | |
|---|---|
| DEFENDANT: | Quentin Peter Bruguier |
| CASE NUMBER: | 4:17CR40088-1 |

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at reasonable times, at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B      (Rev. 11/16) Judgment in a Criminal Case
             Conditions of Supervision

DEFENDANT:        Quentin Peter Bruguier
CASE NUMBER:      4:17CR40088-1

## SPECIAL CONDITIONS OF SUPERVISION

No Special Conditions Imposed.

AO 245B    (Rev. 11/16) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

DEFENDANT:          Quentin Peter Bruguier
CASE NUMBER:        4:17CR40088-1

## CRIMINAL MONETARY PENALTIES

You must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | **Assessment** | **JVTA Assessment*** | **Fine** | **Restitution** |
|---|---|---|---|---|
| **TOTALS** | $1,500 | Waived | Waived | None |

☐  The determination of restitution is deferred until
   An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  You must make restitution (including community restitution) to the following payees in the amount listed below.

   If you make a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to Plea Agreement   $ _____

☐  You must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the Judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The Court determined that you do not have the ability to pay interest and it is ordered that:

   ☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

   ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245B   (Rev. 11/16) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

DEFENDANT:         Quentin Peter Bruguier
CASE NUMBER:      4:17CR40088-1

## SCHEDULE OF PAYMENTS

Having assessed your ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ■   Lump sum payment of   $1,500   due immediately, balance due

    ☐   not later than _____ , or

    ☐   in accordance with   ☐   C,   ☐   D,   ☐   E, or   ☐   F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐   C,   ☐   D, or   ☐   F below); or

**C**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ ,
    to commence _____ *(e.g., 30 or 60 days)* after the date of this Judgment; or

**D**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of  $ _____ ,
    to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
    term of supervision; or

**E**   ☐   Payment of the total restitution and other criminal monetary penalties shall be due in regular quarterly installments of 50% of the
    deposits in the defendant's inmate trust account while the defendant is in custody, or 10% of the defendant's inmate trust account
    while serving custody at a Residential Reentry Center.  Any portion of the monetary obligation(s) not paid in full prior to your
    release from custody shall be due in monthly installments of $_____, such payments to begin ____ days following your release

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties is due
during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

You shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
    and corresponding payee, if appropriate.

☐   You shall pay the cost of prosecution.

☐   You shall pay the following court cost(s):

☐   You shall forfeit your interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
SOUTH DAKOTA
SOUTHERN DIVISION

NOTICE OF APPEAL

UNITED STATES OF AMERICA,                    )
                                             )    CR 17-40088
            Plaintiff,                       )    District Court Docket Number
vs.                                          )
                                             )    Karen E. Schreier
QUENTIN PETER BRUGUIER,                      )    U.S. District Court Judge
            Defendant.                       )

Notice is hereby given that Quentin Peter Bruguier appeals to the United States Court of Appeals

for the Eighth Circuit from the Judgment filed in this action on February 15, 2019.

Dated:      2/21/19                    Respectfully submitted,
                                       MELISSA FIKSDAL
                                         /s/   Melissa Fiksdal
                                       Attorney for Defendant
                                       Jeff Larson Law, LLP
                                       400 N Main Avenue, #207
                                       Sioux Falls SD 57104
                                       Telephone: (605) 275-4529; Fax: (605) 271-4101
                                       Melissa@jefflarsonlaw.net

---

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

X   **Please Prepare a transcript of:**
G   2 Ex Parte Hearings held 10/26/18
G   Motion Hearing Held 10/26/18
G   Pre-Trial Conference Held 11/9/18
G   Jury Trial Held 11/13/18 to 11/16/18
G   Sentencing hearing - held 02/11/19 court reporter Jill Connelly

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/ served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter.   (FRAP 10(b)).   Method of payment: G Funds, G CJA Forms 24 completed and attached.

Attorney's Signature _Melissa F. Fiksdal_   Date _2/21/19_

## INFORMATION SHEET

1. Defendant's Address: Quentin Peter Bruguier, #12873, C/O SDSP, PO Box 5911,
   Sioux Falls SD 57117

2. Date of Verdict/Sentencing: _11/16/18 Verdict_        Jury: _X_        Non Jury:__

   Offenses: __Sexual Abuse (4 counts); Aggravated Sexual Abuse of a Child__

   Trial Testimony - # of days: ____ Bail Status: _____ Incarcerated: _X_

3. Sentence and Date of Imposed: __February 11, 2019__

4. Appealing: Sentencing: _X__ Conviction: _X__

   Challenging:         _X_     Application of Sentencing Guidelines
                        ___     Constitutionality of Guidelines
                        ___     Both Application and Constitutionality
                        ___     Restitution Order and Amount
                        ___     Reasonableness of Sentence

5. Date – Transcript ordered by Defendant: __February 21, 2019__

   Trial Counsel was:     _X_ Appointed        _____ Retained

6. Does Defendant's financial status warrant appointment of counsel on appeal:

        _X_ Yes        ___ No

7. Assistant United States Attorney: Jeremy R. Jehangiri, PO Box 2638, Sioux Falls SD 57101;
   Phone: (605) 330-4400

### Court Reporter Acknowledgment

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter's Signature        Date

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter's Signature        Date

# United States District Court

## District of South Dakota

Andrew W. Bogue Federal Building
& United States Courthouse
Office of the Clerk
515 Ninth Street, Room 302
Rapid City, SD 57701

Matthew W. Thelen
Clerk of Court

Telephone
(605) 399-6000

2/22/2019

### TRANSMITTAL OF NOTICE OF APPEAL IN A CRIMINAL CASE
#### (Prepare a separate Transmittal Form for each defendant.)

1. **Case Number & Title:**                                4:17-cr-40088-KES; USA v. Bruguier

2. **Defendant:**                                          Quentin Peter Bruguier, Jr., a/k/a JB

   **Prisoner Registry No.:**                              USM Number:  07587-073

   **Prisoner's Address:**                                 South Dakota State Penitentiary
                                                           P.O. Box 5911
                                                           Sioux Falls, SD  57117-5911

   **Is Defendant incarcerated?**                          Yes

3. **Date Notice of Appeal filed:**                        February 21, 2019

4. **Sentence imposed on revocation:**                     N/A

   **Date sentence imposed:**                              February 11, 2019

5. **Co-Defendant(s) and case numbers:**                   None

   **Have any Co-Defendants filed a
   Notice of Appeal?**                                     N/A

   **If yes, date Notice of Appeal and
   USCOA Case#:**                                          N/A

6. **Date of Plea/Verdict:**                               Verdict: November 16, 2018

   **If case went to trial, length of trial:**             3 days

Rev. 07.12.17

7. **Court Reporter:**

Jill Connelly
400 S. Phillips Avenue, Room 128
Sioux Falls, SD  57401
(605) 330-6669
Jill_Connelly@sdd.uscourts.gov

8. **Assistant U.S. Attorney:**

Jeremy R. Jehangiri
U.S. Attorney's Office
P.O. Box 2638
Sioux Falls, SD  57101-2638
(605) 330-4410
Jeremy.Jehangiri@usdoj.gov

9. **Defense Counsel:**

Melissa A. Fiksdal
Jeff Larson Law, LLP
400 N. Main Avenue, Suite 207
Sioux Falls, SD  57104
(605) 275-4529
melissa@jefflarsonlaw.net

**Was defense counsel appointed/retained?**

Appointed

**Is there any reason why defense counsel should not be appointed on appeal?**

No

10. **If counsel has been retained, has the filing fee been paid?**

N/A

11. **Is there a pending motion for IFP?**

No

**If yes, date motion for IFP was filed and document number:**

N/A

12. **Are there any other pending motions?**

No

**If yes, list pending motions and document numbers:**

N/A

13. **Does this case involve minor victims or child porn?**

Yes

Rev. 07.12.17

14. **Additional comments:**

MATTHEW W. THELEN, CLERK

BY: Sandie Thielen
Deputy Clerk

Rev. 07.12.17